Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:25-CR-2049-SAB-11 |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (vi) & 846 Conspiracy to Distribute Methamphetamine and Fentanyl (Count 1) |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Distribution of 40 Grams of Fentanyl (Counts 2, 9, 12, 14) |
| TRISTON DAVID DUPLICHAN, ▇▇▇▇▇▇ and ▇▇▇▇▇▇ | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams of Pure Methamphetamine (Counts 3-6, 8, 11, 15-16, 18) |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Fentanyl (Counts 7, 10) |

INDICTMENT – 1

|  |
|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl (Count 13) |
| 18 U.S.C. § 924(c)(1)(A) Carrying Firearm During Drug Trafficking (Counts 17, 19) |
| 18 U.S.C. § 922(g)(5) Alien in Possession of a Firearm (Count 20) |
| 18 U.S.C. § 924, 21 U.S.C. § 853, 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown but by on or about August 2023, and continuing to on or about April 8, 2025, in the Eastern District of Washington and elsewhere, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ TRISTON DAVID DUPLICHAN, and ▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate and agree together with other persons, both known and unknown to the Grand Jury, to commit the following offenses:

INDICTMENT – 2

distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and distribution of 400 grams or more of a mixture or substance containing, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

COUNT 2

On or about November 7, 2023, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮ and ▮▮▮▮▮, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

COUNT 3

On or about November 14, 2023, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮ knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 4

On or about November 21, 2023, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮ and ▮▮▮▮▮, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

//
//

INDICTMENT – 3

COUNT 5

On or about December 14, 2023, in the Eastern District of Washington, the Defendants, ███████████████ and ███████████████ ███████, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 6

On or about March 11, 2024, in the Eastern District of Washington, the Defendants, ███████████████ and ███████████████ ███████, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 7

On or about March 11, 2024, in the Eastern District of Washington, the Defendants, ███████████████ and ███████████████ ███████, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 8

On or about October 3, 2024, in the Eastern District of Washington, the Defendant, ███████████████ knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

INDICTMENT – 4

COUNT 9

On or about October 3, 2024, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇ knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

COUNT 10

On or about October 30, 2024, in the Eastern District of Washington, the Defendants, ▇▇▇▇▇▇ and ▇▇▇▇▇▇ knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 11

On or about November 13, 2024, in the Eastern District of Washington, the Defendants, ▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇ knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 12

On or about November 14, 2024, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇ knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

INDICTMENT – 5

COUNT 13

On or about December 2, 2024, in the Eastern District of Washington, the Defendant, TRISTON DAVID DUPLICHAN, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 14

On or about January 14, 2025, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

COUNT 15

On or about January 29, 2025, in the Eastern District of Washington, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 16

On or about February 4, 2025, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

INDICTMENT – 6

## COUNT 17

On or about February 4, 2025, in the Eastern District of Washington, the Defendant, ███████████████████████████████ did knowingly carry and use a firearm, that is, a Colt Defender 9mm pistol bearing serial number 9DR02451, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of 50 Grams or more of Actual (Pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as charged in Count 16, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 18

On or about February 20, 2025, in the Eastern District of Washington, the Defendant, ███████████████████████████████ knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 19

On or about February 20, 2025, in the Eastern District of Washington, the Defendant, ███████████████████████████████ did knowingly carry and use a firearm, that is, a Cugir, Model WASR-10, 7.62mm rifle bearing serial number 22A1-92262, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of 50 Grams or more of Actual (Pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as charged in Count 18, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 20

On or about March 13, 2025, in the Eastern District of Washington, the Defendant, ███████████████████████████████ knowing his status as an

INDICTMENT – 7

alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, firearms, to wit: a Cugir, M10, 7.62 mm rifle bearing serial number MA-19795-13; a Savage Arms, Axis, 6.5mm rifle bearing serial number N529508; a Remington, Model 770, .300 caliber rifle bearing serial number M71837700; an IAI M1, Model 30, .30 caliber rifle bearing serial number M888-R209248; a Chongqing Jianshe, Model M12, 12 gauge shotgun bearing serial number MK2022639; a DPMS, Model Anvil, 7.62mm rifle bearing serial number AV4700975; a Savage Arms, Model 3, 7mm rifle bearing serial number F426231; a Remington, Model 700ML, .50 caliber muzzle loader bearing serial number ML034730; a Remington, Model 700ML, .50 caliber muzzle loader bearing serial number ML018207; a Ruger Precision .338 caliber rifle bearing serial number 1804-03473; a Suomi, Model M31, 9x19mm rifle bearing serial number Y001298; a Glock 19, 9mm pistol bearing serial number BFKF168; which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants,  TRISTON DAVID DUPLICHAN, and shall forfeit to the United States of America, any

INDICTMENT – 8

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A) and/or in violation of 18 U.S.C. § 922(g)(5) as set forth in Counts 17, 19 or 20 of this Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Counts 17 and 20), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Count 19), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s).

DATED this __th day of April 2025.

                                      A TRUE BILL

                                      _____
                                      Foreperson

_____

INDICTMENT – 9

Richard R. Barker
Acting United States Attorney

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 10